**FILED**
CLERK, U.S. DISTRICT COURT

10/22/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RYO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00863-MEMF |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy to obstruct justice] |
| LUCINDA JANE WEIST MANERA, aka "Lucy Weist," | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 371]

A.    INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.    Defendant LUCINDA JANE WEIST MANERA, also known as Lucy Weist, and Bernhard Eugen Fritsch ("Fritsch") were residents of Los Angeles County, within the Central District of California.

2.    On April 3, 2025, in the Central District of California, Fritsch was found guilty by a jury and convicted of one count of wire fraud in violation of Title 18, United States Code, Section 1343, in the matter United States v. Bernhard Eugen Fritsch, case number CR 17-520-DSF (the "Wire Fraud Prosecution"), thereby finding, among other things, that Fritsch had executed, and participated in or

devised, a scheme or plan to defraud at least one investor in Fritsch's company, StarClub Inc., for the purpose of obtaining money or property by means of material false or fraudulent pretenses, representations, or promises.

3.   A conviction for wire fraud could result in a maximum sentence of 20 years of imprisonment.

4.   At the time of the jury verdict, Fritsch was not in custody but was subject to conditions imposed by the Court in the Wire Fraud Prosecution, including the condition that he could not leave the United States without permission from that Court.  Immediately after the verdict was read, the Court requested briefing from the parties regarding whether Fritsch should be placed in custody pending sentencing.

5.   On April 16, 2025, the Court ordered that the hearing on the issue of Fritsch's remand into custody, or modification of his release conditions, would occur on June 2, 2025, and Fritsch's sentencing in the Wire Fraud Prosecution would occur on October 20, 2025.

6.   On May 29, 2025, Fritsch signed a declaration, which was filed with the Court in the Wire Fraud Prosecution.  Among other things, Fritsch stated, "I remain committed to appearing for sentencing as scheduled.  I am not fleeing.  I am not hiding.  I am not evading responsibility.  I am here."

7.   Fritsch was a German citizen.  In most instances, Germany would not agree to extradite its citizens to the United States.

B.   OBJECT OF THE CONSPIRACY

8.   Beginning no later than on or about May 31, 2025, and continuing to at least on or about August 11, 2025, in Los Angeles

2

County, within the Central District of California, and elsewhere, defendant MANERA knowingly conspired with Fritsch and others known and unknown to corruptly influence, obstruct, and impede the due administration of justice, in violation of 18 U.S.C. § 1503(a).

C.    MANNER AND MEANS OF THE CONSPIRACY

9.    The object of the conspiracy was to be accomplished, in substance, as follows:

a.    Defendant MANERA would assist Fritsch in leaving the United States without obtaining permission from the Court in the Wire Fraud Prosecution, so that Fritsch could avoid being taken into custody at the June 2, 2025 hearing, and avoid serving any sentence of imprisonment the Court in the Wire Fraud Prosecution might impose against Fritsch on October 20, 2025.

b.    Defendant MANERA would activate a new phone number under the name "Lucy Weist" for communicating with Fritsch and others in the course of assisting in Fritsch's flight.

c.    Defendant MANERA would pay Individual 1 to help transport Fritsch across the United States border into Mexico on or before June 2, 2025.

d.    Fritsch would cross the United States border to Mexico with Individual 1 and Individual 2 on or before June 2, 2025.

e.    Between at least as early as on or about June 13, 2025, and continuing to at least on or about August 11, 2025, defendant MANERA would pay Individual 2 to provide assistance to Fritsch in Mexico while Fritsch continued to be a fugitive from in the Wire Fraud Prosecution.  Sometimes, defendant MANERA would disguise those payments by creating records to suggest the payments were for other purposes.

D.    OVERT ACTS

10.  On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant MANERA, Fritsch, and others known and unknown committed and willfully caused others to commit the following overt acts, among others, within the Central District of California, and elsewhere:

Overt Act No. 1:   On May 31, 2025, defendant MANERA made a payment of approximately $3,500 to Individual 1.

Overt Act No. 2:   On June 2, 2025, Fritsch crossed the United States-Mexico border by car with Individuals 1 and 2.

Overt Act No. 3:   On June 13, 2025, defendant MANERA made a payment of approximately $1,000 to Individual 2, with the payment memo "Deposit Custom Furniture."

Overt Act No. 4:   On June 19, 2025, defendant MANERA made a payment of approximately $1,200 to Individual 2.

Overt Act No. 5:   On June 24, 2025, defendant MANERA made a payment of approximately $900 to Individual 2 with the payment memo "Final Furniture Design."

Overt Act No. 6:   On July 5, 2025, defendant MANERA made a payment of approximately $950 to Individual 2 with the payment memo "Furniture design revisions."

Overt Act No. 7:   On July 10, 2025, defendant MANERA made a payment of approximately $950 to Individual 2 with the payment memo "Final furniture revisions."

Overt Act No. 8:   On July 28, 2025, defendant MANERA made a payment of approximately $700 to Individual 2 with the payment memo "Design #2."

Overt Act No. 9:   On July 31, 2025, defendant MANERA made a payment of approximately $500 to Individual 2 with the payment memo "Side table designs."

Overt Act No. 10:   On August 11, 2025, defendant MANERA made a payment of approximately $700 to Individual 2 with the payment memo "Furniture design #3."

BILAL A. ESSAYLI
Acting United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney
Major Frauds Section