Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

10/22/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: RYO    DEPUTY

Case Number    2:25-cr-00863-MEMF

Defendant Number    1

U.S.A. v.    LUCINDA JANE WEIST MANERA

Year of Birth    1963

[ ] Indictment    [✓] Information

Investigative agency (FBI, DEA, etc.)    FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense    5/31/2025-8/11/2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles    [ ] Ventura

[ ] Orange    [ ] Santa Barbara

[ ] Riverside    [ ] San Luis Obispo

[ ] San Bernardino    [ ] Other _____

Citation of Offense    18 USC 371

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)    [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No    [ ] Yes

If "Yes," Case Number: n/a

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): CR 17-520 DSF, United States v. Bernhard Eugen Fritsch

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 9/26/2025

Case Number:    25MJ05995-DUTY

Assigned Judge: _____

Charging: 18 USC 371

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    [ ] No    [✓] Yes

IF YES, provide Name:    James Blatt

Phone Number:    8184896500

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    [ ] Yes    [✓] No

This is the    n/a    superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
n/a

Case Number n/a

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
n/a

[ ] was previously dismissed on    n/a

Are there 8 or more defendants in the superseding case?

[ ] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*    [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes    [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?　☐ YES　☑ NO

IF YES, list language and/or dialect:

n/a

### OTHER

☐ Male　☑ Female

☑ U.S. Citizen　☐ Alien

Alias Name(s)　Lucy Weist

This defendant is charged in:

　☑ All counts

　☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?　☐ Yes　☑ No

IF YES, should matter be sealed?　☐ Yes　☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud　☐ public corruption

☐ government fraud　☐ tax offenses

☐ environmental issues　☑ mail/wire fraud

☐ narcotics offenses　☐ immigration offenses

☐ violent crimes/firearms　☐ corporate fraud

☑ Other　obstruction of justice

### CUSTODY STATUS

<u>Defendant is **not in custody**</u>:

　a. Date and time of arrest on complaint:　9/26/2025

　b. Posted bond at complaint level on:　9/29/2025

　　in the amount of $ 50000

　c. PSA supervision?　☑ Yes　☐ No

　d. Is on bail or release from another district:

　　n/a

<u>Defendant is **in custody**</u>:

　a. Place of incarceration:　☐ State　☐ Federal

　b. Name of Institution:　n/a

　c. If Federal, U.S. Marshals Service Registration Number:
　　n/a

　d. ☐ Solely on this charge.  Date and time of arrest:
　　n/a

　e. On another conviction:　☐ Yes　☐ No

　　IF YES : ☐ State　☐ Federal　☐ Writ of Issue

　f. Awaiting trial on other charges:　☐ Yes　☐ No

　　IF YES : ☐ State　☐ Federal　AND

　　Name of Court:　n/a

　　Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.　＿＿ 20　＿＿ 21　＿＿ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:　n/a

Date　10/21/2025

/s/ Monica E. Tait

Signature of Assistant U.S. Attorney

Monica E. Tait

Print Name