LAW OFFICES OF JAMES E. BLATT
16501 Ventura Boulevard
Suite 400
Encino, California 91436
Telephone: 310/385-8066
Facsimile: 310/385-5932
E-mail: J.Blatt@jamesblatt.com

James E. Blatt, Esq.   (SBN 56571)
Attorneys for Defendant,
LUCINDA WEIST MANERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:25-cr-00863-DSF |
| PLAINTIFF, | ) |
| | ) <u>DEFENDANT WEIST MANERA'S EX</u> |
| VS. | ) <u>PARTE APPLICATION FOR ORDER</u> |
| | ) <u>MODIFYING HER CONDITIONS OF</u> |
| LUCINDA WEIST MANERA, | ) <u>RELEASE; DECLARATION OF JAMES</u> |
| | ) <u>E. BLATT</u> |
| DEFENDANT | ) |
| | ) |

Defendant, Lucinda Weist Manera, by and through her attorney of record, the Law Offices of James E. Blatt, hereby applies ex parte for an order to modify her conditions of release to remove the home detention condition and add the condition of a curfew to be set at Pretrial Services discretion.

///

///

///

///

///

1

This Ex Parte Application is based upon the attached declaration of James E. Blatt.

Dated: February 17, 2026         Respectfully submitted,


                                    /s/ James E. Blatt
                                  JAMES E. BLATT
                                  Attorney for Defendant,
                                  LUCINDA WEIST MANERA

2

DECLARATION OF JAMES E. BLATT

I, James E. Blatt, declare as follows:

1.  I am an attorney at law, licensed to practice law in all the Courts of the State of California. I am admitted to practice law in the Central District of California.

2.  I am attorney of record for Lucinda Weist Manera in United States of America v. Lucinda Weist Manera, United States District Court for the Central District of California, case number 2:25-cr-00863-DSF.

3.  On September 29, 2025, defendant Weist Manera made her initial appearance in this case. Ms. Weist Manera was released on a $50,000 appearance bond, her travel was restricted to the Central District of California, and she was ordered to participate in the Location Monitoring Program with the condition of Home Detention.

4.  Defendant Weist Manera's case is currently set for jury trial on May 19, 2026.

5.  Defendant Weist Manera is currently released on bond and participating in the Location Monitoring Program with the condition of Home Detention.

3

6.  Defendant Weist Manera has complied with all terms and conditions of her release.

7.  Defendant Weist Manera is requesting to modify the Location Monitoring Program conditions to remove the condition of Home Detention and add a condition of a curfew to be set at the discretion of Pretrial Services.

8.  AUSA Monica Tait has indicated that she does not take a position on the request.

9.  U.S. Pretrial Services Officers Keisbel Jones has indicated that Pretrial Services does not oppose the request. (See Exhibit A: E-mail from U.S. Pretrial Services Officer Keisbel Jones.)

10. Based on the foregoing, I am requesting that defendant Weist Manera's conditions of release be modified to remove the home detention condition and add a condition of a curfew to be set at the discretion of pretrial services.

11. All other conditions of release previously ordered remain the same.

///

///

///

4

Dated: February 17, 2026        Respectfully submitted,


                                __/s/ James E. Blatt_____
                                JAMES E. BLATT
                                Attorney for Defendant,
                                LUCINDA WEIST MANERA

5

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 16501 Ventura Blvd., Suite 400, Encino, California 91436.

    On February 17, 2026, I served the foregoing document described as: DEFENDANT HOLLEY'S EX PARTE APPLICATION FOR ORDER MODIFYING HIS CONDITIONS OF RELEASE; DECLARATION OF JAMES E. BLATT

on the interested parties in this action by transmitting    [ ] the original [X] a true copy thereof as follows:

    AUSA Monica Tait
    United States Attorney's Office
    Email: Monica.Tait@usdoj.gov

[X] (BY EMAIL) I transmitted the above-referenced document via facsimile.  The transmittal report indicated that the document was sent without error.

[X] (STATE) I declare under penalty of perjury under the laws of the State Of California that the above is true and correct.

Executed on February 17, 2026, at Los Angeles, California.

    /s/ Rachel Nimoy

                        Rachel Nimoy