ATTACHMENT "A"

Case 2:25-cr-00863-DSF   Document 34-1   Filed 02/17/26   Page 2 of 2   Page ID #:124

 Gmail

**Rachel Nimoy <rnimoy@jamesblatt.com>**

## USA v. Lucinda Manera/2:25-cr-00863-MEMF

**Keisbel Jones** <Keisbel_Jones@cacp.uscourts.gov>                              Wed, Jan 21, 2026 at 6:06 PM
To: "rnimoy@jamesblatt.com" <rnimoy@jamesblatt.com>, Manuel Ibanez <Manuel_Ibanez@cacp.uscourts.gov>

Hello,

Due to Ms. Manera's continued compliance, Pretrial has no objection to the modification. However, we would prefer curfew be set at Pretrial's discretion.

Thank you,



**KEISBEL JONES**
U.S. PRETRIAL SERVICES OFFICER
**UNITED STATES DISTRICT COURT**
CALIFORNIA CENTRAL PROBATION & PRETRIAL SERVICES OFFICE
300 North Los Angeles Street Suite 1300
Los Angeles, CA 90012-3308
Office: (213) 894-3616   Mobile: (714) 653-4533   Fax: (213) 599-2012
Email: keisbel_jones@cacp.uscourts.gov

---

**From:** rnimoy@jamesblatt.com <rnimoy@jamesblatt.com>
**Sent:** Wednesday, January 21, 2026 9:50 AM
**To:** Keisbel Jones <Keisbel_Jones@cacp.uscourts.gov>; Manuel Ibanez <Manuel_Ibanez@cacp.uscourts.gov>
**Subject:** FW: USA v. Lucinda Manera/2:25-cr-00863-MEMF

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.