LAW OFFICES OF JAMES E. BLATT
16501 Ventura Boulevard
Suite 400
Encino, California 91436
Telephone: 310/385-8066
Facsimile: 310/385-5932
E-mail: J.Blatt@jamesblatt.com

James E. Blatt, Esq.   (SBN 56571)
Attorneys for Defendant,
LUCINDA WEIST MANERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:25-cr-00863-DSF |
|---|---|---|
| PLAINTIFF, | ) ) ) | DEFENDANT WEIST MANERA'S AMENDED EX PARTE APPLICATION FOR ORDER MODIFYING HER CONDITIONS OF RELEASE; DECLARATION OF JAMES E. BLATT |
| VS. | ) ) | |
| LUCINDA WEIST MANERA, | ) ) | |
| DEFENDANT | ) ) | |

Defendant, Lucinda Weist Manera, by and through her attorney of record, the Law Offices of James E. Blatt, hereby applies ex parte for an order to modify her conditions of release to remove the home detention condition and add the condition of a curfew to be set at Pretrial Services discretion, and to add that Ms. Manera participate in mental health treatment.

///

///

///

1

This Ex Parte Application is based upon the attached declaration of James E. Blatt.

Dated: March 3, 2026          Respectfully submitted,

  /s/ James E. Blatt
JAMES E. BLATT
Attorney for Defendant,
LUCINDA WEIST MANERA

2

<u>DECLARATION OF JAMES E. BLATT</u>

I, James E. Blatt, declare as follows:

1.  I am an attorney at law, licensed to practice law in all the Courts of the State of California. I am admitted to practice law in the Central District of California.

2.  I am attorney of record for Lucinda Weist Manera in <u>United States of America v. Lucinda Weist Manera</u>, United States District Court for the Central District of California, case number 2:25-cr-00863-DSF.

3.  On September 29, 2025, defendant Weist Manera made her initial appearance in this case. Ms. Weist Manera was released on a $50,000 appearance bond, her travel was restricted to the Central District of California, and she was ordered to participate in the Location Monitoring Program with the condition of Home Detention.

4.  Defendant Weist Manera's case is currently set for jury trial on May 19, 2026.

5.  Defendant Weist Manera is currently released on bond and participating in the Location Monitoring Program with the condition of Home Detention.

6. Defendant Weist Manera has complied with all terms and conditions of her release.

7. Defendant Weist Manera is requesting to modify the Location Monitoring Program conditions to remove the condition of Home Detention and add a condition of a curfew to be set at the discretion of Pretrial Services.

8. AUSA Monica Tait has indicated that she does not take a position on the request.

9. U.S. Pretrial Services Officers Keisbel Jones has indicated that Pretrial Services does not oppose the request. (See Exhibit A: E-mail from U.S. Pretrial Services Officer Keisbel Jones.)

10. U.S. Pretrial Services Officer Keisbel is also requesting that the Court modify the bond and order that Ms. Manera participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency. Ms. Manera must pay all or part of the costs based upon her ability to pay as determined by Supervising Agency.

11. Based on the foregoing, I am requesting that defendant Weist Manera's conditions of release be

4

modified to remove the home detention condition and add a condition of a curfew to be set at the discretion of pretrial services. I am also requesting that the Court add a condition that Ms. Manera participate in mental health treatment as directed by pretrial services.

12. All other conditions of release previously ordered remain the same.

Dated: March 3, 2026                    Respectfully submitted,


                                        /s/ James E. Blatt
                                        JAMES E. BLATT
                                        Attorney for Defendant,
                                        LUCINDA WEIST MANERA

**<u>PROOF OF SERVICE</u>**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

    **I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 16501 Ventura Blvd., Suite 400, Encino, California 91436.**

    **On March 3, 2026, I served the foregoing document described as:** DEFENDANT MANERA'S EX PARTE APPLICATION FOR ORDER MODIFYING HER CONDITIONS OF RELEASE; DECLARATION OF JAMES E. BLATT

**on the interested parties in this action by transmitting  [ ] the original [X] a true copy thereof as follows:**

    **AUSA Monica Tait**
    **United States Attorney's Office**
    **Email: Monica.Tait@usdoj.gov**

**[X] (BY EMAIL) I transmitted the above-referenced document via facsimile.  The transmittal report indicated that the document was sent without error.**

**[X] (STATE) I declare under penalty of perjury under the laws of the State Of California that the above is true and correct.**

**Executed on March 3, 2026, at Los Angeles, California.**

    **/s/ Rachel Nimoy**
_____

                      **Rachel Nimoy**

6