**F I L E D**
CLERK, U.S. DISTRICT COURT

6/8/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:25-CR-00863(A)-DSF |
| Plaintiff, | F I R S T |
| | S U P E R S E D I N G |
| v. | I N F O R M A T I O N |
| LUCINDA JANE WEIST MANERA, aka "Lucy Weist," | [18 U.S.C. § 3: Accessory After the Fact] |
| Defendant. | |

The United States of America charges:

[18 U.S.C. § 3]

A.    INTRODUCTORY ALLEGATIONS

At times relevant to this First Superseding Information:

1.    Defendant LUCINDA JANE WEIST MANERA, also known as "Lucy Weist," and Bernhard Eugen Fritsch ("Fritsch") were residents of Los Angeles County, within the Central District of California.

2.    On April 3, 2025, in the Central District of California, Fritsch was found guilty by a jury and convicted of one count of wire fraud in violation of Title 18, United States Code, Section 1343, in the matter United States v. Bernhard Eugen Fritsch, Case No. CR 17-520-DSF (the "Wire Fraud Prosecution").

3.   At the time of the jury verdict, Fritsch was not in custody but was subject to conditions imposed by the Court in the Wire Fraud Prosecution, including the condition that he could not leave the United States without permission from that Court.  Immediately after the verdict was read, the Court requested briefing from the parties regarding whether Fritsch should be detained pending sentencing.

4.   On April 16, 2025, the Court ordered that the hearing on the issue of whether Fritsch should be detained pending sentencing or whether his release conditions should be modified would occur on June 2, 2025, and Fritsch's sentencing in the Wire Fraud Prosecution would occur on October 20, 2025.

5.   On May 29, 2025, Fritsch signed a declaration, which was filed with the Court in the Wire Fraud Prosecution.  Among other things, Fritsch stated, "I remain committed to appearing for sentencing as scheduled.  I am not fleeing.  I am not hiding.  I am not evading responsibility.  I am here."

B.   OBSTRUCTION OF JUSTICE BY FRITSCH

6.   Between on or about June 1 and June 2, 2025, Fritsch corruptly influenced, obstructed, and impeded the due administration of justice, in violation of 18 U.S.C. § 1503(a), as follows:  without obtaining permission from the Court in the Wire Fraud Prosecution, Fritsch left the Central District of California by car and crossed the border to Mexico, intending to avoid being taken into custody at the June 2, 2025, hearing and serving any sentence of imprisonment the Court in the Wire Fraud Prosecution might impose against Fritsch.

C.   ACCESSORY AFTER THE FACT

7.   Beginning on or about June 2, 2025, and continuing through at least on or about September 26, 2025, in Los Angeles County,

2

within the Central District of California and elsewhere, defendant MANERA, knowing that an offense against the United States had been committed, namely, Obstruction of Justice, in violation of Title 18, United States Code, Section 1503(a), relieved, comforted, and assisted the offender, Fritsch, in order to hinder and prevent Fritsch's apprehension, trial, and punishment.

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

*Jennifer Waier*

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

ROGER A. HSIEH
Assistant United States Attorney Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney Major Frauds Section

3