TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2931
Facsimile: (213) 894-6296
E-mail: Monica.Tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCINDA JANE WEIST MANERA,<br><br>Defendant. | No. 2:25-CR-00863-DSF<br><br>STIPULATION AND REQUEST FOR ORDER SETTING SENTENCING SCHEDULE<br><br>PROPOSED ORDER FILED SEPARATELY |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, and defendant LUCINDA JANE WEIST MANERA, by and through her counsel of record, James E. Blatt, as follows:

1. The presentence report has been released to the parties and sentencing is scheduled for October 5, 2026, at 8:30 a.m.

2. The parties propose the following schedule for sentencing:

a. All parties shall file their sentencing positions by September 21, 2026.

b. Responses, if any, shall be filed by September 28, 2026.

IT IS SO STIPULATED.

Dated: 9/15/2026

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

/s/
MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 9/14/2025

/s/ James E. Blatt by MET per emailed authorization
JAMES E. BLATT
Attorney for defendant
LUCINDA JANE WEIST MANERA