UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUCINDA JANE WEIST MANERA,

Defendant.

No. CR 2:25-CR-00863-DSF

ORDER FOR SENTENCING SCHEDULE

Based on the Stipulation and Request of the parties, the Court hereby sets the following sentencing schedule:

a. All parties shall file their sentencing positions by September 21, 2026.

b. Responses, if any, shall be filed by September 28, 2026.

IT IS SO ORDERED.

September 16, 2026

DATE

Dale S. Fischer

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE